**L. E. COGGINS, Plaintiff-Appellee-Cross Appellant,**

v.

**Harold MONTGOMERY, Defendant-Appellant-Cross Appellee.**

**No. 29069.**

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 1970.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

Frank A. Riley, Tupelo, Miss., for defendant-appellant.

Roy O. Parker, Tupelo, Miss., for plaintiff-appellee.

Before TUTTLE, BELL and GOLDBERG, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]